BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE TENOFOVIR DISOPROXIL FUMARATE PRODUCTS LIABILITY LITIGATION | MDL-_____ |

HOLLEY PLAINTIFFS' MOTION FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiffs in *Holley, et al. v. Gilead Sciences, Inc.*, No. 3:18-cv-6972-JST (N.D. Cal.), respectfully move the Panel for an order transferring the actions listed on the accompanying Schedule of Actions, as well as any tag-along actions or other cases that may be filed asserting related or similar claims (the "Related Actions"), to the Northern District of California for consolidated or coordinated pretrial proceedings. For the reasons set forth in the accompanying Brief in Support, transfer and coordination of the Related Actions is appropriate and the Northern District of California is the most appropriate district for consolidated or coordinated proceedings.

Dated: December 19, 2018.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:    */s/ Steve W. Berman*
      Steve W. Berman
Anne F. Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
Email: steve@hbsslaw.com
Email: annej@hbsslaw.com

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
Email: shanas@hbsslaw.com

Robert C. Hilliard
Katrina R. Ashley
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
Email: bobh@hmglawfirm.com
Email: kashley@hmglawfirm.com

*Attorneys for Plaintiffs Adrian Holley, Aloysius William Reiter, Alvin Washington, Andrew Gudgel, Annette Cannon Johnson, Anthony Adams, Anthony B. Wilson, Anthony Tyrone Jackson, Antiqua Shirley, Antonio Kincey, Antonio Lavelle Jackson, Barry Todd Moses, Barry Weatherley, Bettie Jean Thomas, Bradley McDonald, Brandon Sledge, Brian Maxey, Carlos Proctor, Christian Torres, Christine Cope, Clarence E. Southall Jr., Claudio Moreira, Colette Eva Gilmer, Curtis Pritchett, Cynthia Durant, Cynthia Lorraine Spears, D'Andre L. Hale, Dameco Gates, Daniel J. Mclean, Daniel Schenske-Shelton, Darron Barnes, Darryl Flammer,*

*Daryl Lindsay, David Gonzales, David Johnson, David Maloney, David Oneal Bozeman, David Zajac, Demetrius Waters, Dennis Phillips, Deshawn C. Mitchell, Dinah Hardy, Douglas Leroy Phipps, Duane Lewis, Dushawn Walker, Dwayne Ross, Earl Roberts III, Elizabeth Anne Flournoy, Emily Jean Butler, Emmanuel Desire, Faykeita Dunbar Wearing, Felipe June Quiambao, Fred Monroe Cobbett Jr., Georgia Elaine Tanner, Gilbert James, Individually And As Personal Representative For The Estate Of Tammy Guydon, Gloria Lynn Green, Grace Marie Thomas, Gregory Allan Myers, Hector Manuel Bedoya, Herbie D. Dehorney, Jamal Loranso Smith, Jermaine Carter, Jermaine Fleming, Jerry Miller, John Doe 1, John Lee Pullen, Juan Villarreal Sr., Kathi Ray, Katina Hall, Kelly Gardner, Kelvin McCall, Kenneth Smith, Kenneth Taroy, Kent Horen, Kenyon Detai Belyeu, Kevin McQuay, Khaliq Muhammad, Kimberly Porter, Kyle Malone, Laquisha Park, Latanga Sparks, Lela Wilson, Levine Levingston-Jones, Marcus McCoy, Margaret Beacham, Marisa Dubose, Mark D. Decosta, Mark David Killeen, Mark Williams, Martin W. Cooper, Matthew Jon Crenshaw, Matthew Yale, Maurizio Marchese, Mel M. Allen, Melvin Snoddy, Michael Tribble, Michael Williams, Millicent Yvette Foster, Nicholas Jones, Noel Flores, Patricia Ann Briley, Patricia Michelle Fields, Peter Parmenter, Phyllis Malone, Raymond McNary-Willis, Raymond Pressley, Renne Black, Rhonda Faye Cook, Richard Mooney, Richard O'Quain, Robert Lee Davis Jr., Robert Sackett, Roderick Eugene Cooper, Rodger Brunson, Ronald Alan Conner, Ronnie A. Powers, Ruby Altameemy, Russell Seelye, Sabrina Dooley, Scott Wascher, Shajuana Pope, Shane Priddy, Sharon Ann Malcolm-Smith, Shaylene S. Johnson, Stacey Cook, Stephen Calhoun, Stephen Duane Miller, Tamara Perry, Tammy Frazier, Tony Hooker, Tony Martin, Trevyon Paul Ryan Willis, Troy Oberholtzer, Victor Williams, Wanda Stokes James, Wayne Albert Sage, William Patterson Jr., William Saunders, Willie Daniel Turner, and Wilton Towe*

010759-11 1086510 V1