# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: TENOFOVIR DISOPROXIL FUMARATE
PRODUCTS LIABILITY LITIGATION            MDL No. 2881

## ORDER DEEMING MOTION WITHDRAWN

      Before the Panel is a motion by plaintiffs Adrian Holley, et al., filed pursuant to 28 U.S.C. § 1407. In their motion, plaintiffs seek centralization in the United States District Court for the Northern District of California of the actions on the attached Schedule A, for coordinated or consolidated pretrial proceedings. No responding party has joined in the motion. Movants now seek to withdraw their Section 1407 motion.

      IT IS THEREFORE ORDERED that plaintiff's motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

      FOR THE PANEL:

      Jeffery N. Lüthi
      Clerk of the Panel

IN RE: TENOFOVIR DISOPROXIL FUMARATE
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2881

## SCHEDULE A

**DIST  DIV.  C.A. No.      CASE CAPTION**

CALIFORNIA CENTRAL
CAC   2    18-09362    Donald R. Dechow Jr. et al v. Gilead Sciences, Inc.

CALIFORNIA NORTHERN
CAN   3    18-06972    Holley et al v. Gilead Sciences, Inc.

LOUISIANA MIDDLE
LAM   3    18-00718    Hills v. Gilead Sciences, Inc.

LOUISIANA WESTERN
LAW   3    18-00975    Pierot v. Gilead Sciences Inc